# CRIMINAL CASE COVER SHEET
## U.S. District Court
PLACE OF OFFENSE:

**RELATED CASE INFORMATION:**

CITY:  BILOXI

SUPERSEDING INDICTMENT X  DOCKET # 1:14CR33HSO-JMR
SAME DEFENDANT _____ NEW DEFENDANT    X
MAGISTRATE JUDGE CASE NUMBER  1:14MJ31
R 20/ R 40 FROM DISTRICT OF _____

COUNTY:  HARRISON

**DEFENDANT INFORMATION:**

JUVENILE: _____ YES    X    NO

MATTER TO BE SEALED: _____ YES    X    NO

NAME/ALIAS:    OLUTOYIN OGUNLADE

**U.S. ATTORNEY INFORMATION:**

AUSA    ANNETTE WILLIAMS                          BAR #    9641

INTERPRETER:    X    NO ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE    5/20/14

   X    ALREADY IN FEDERAL CUSTODY AS OF    5/20/14
_____ ALREADY IN STATE CUSTODY
_____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS:    3    _____ PETTY _____ MISDEMEANOR    3    FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:1349.F | 18 USC 1349 | ATTEMPT & CONSPIRACY TO COMMIT FRAUD | 1 |
| Set 2  18:371.F | 18 USC 371 | CONSPIRACY TO DEFRAUD UNITED STATES | 2 |
| Set 3  18:1956-4601.F | 18USC 1956 | MONEY LAUNDERING | 9 |

Date: 5/30/14          **SIGNATURE OF AUSA:** _Annette Williams_

Revised 2/26/2010